IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN GENINS,
    Plaintiff,

vs.                                                          Case No.  3:11cv568/RV/CJK

JUDGE PAT KINSEY, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 29, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.     Plaintiff's Motion for Extension of Time to Serve Process and for Direction to Clerk to Issue Summons (doc. 10), as supplemented (doc. 11) is DENIED as moot.

4.     Plaintiff's Requests for Judicial Notice and for Replacements (doc. 12) are DENIED.

5.   The Clerk is directed to close the file.

DONE AND ORDERED this 17th day of April, 2011.

>   /s/ *Roger Vinson*
>   ROGER VINSON
>   SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:11cv568/RV/CJK*